# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                Tel: 718-740-1000
Email: abdul@abdulhassan.com                            Fax: 718-740-2000
*Employment and Labor Lawyer*                         Web: www.abdulhassan.com

<center>September 30, 2024</center>

**Via ECF**

<div align="right">**MEMO ENDORSED**</div>

Hon. Katherine Polk Failla, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

<center>**Re: Cody v. Kent Building Services, LLC**
**Case No.  24-CV-05781 (KPF)(JW)**
**Motion for Extension of Time, etc.**</center>

Dear Judge Failla:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request an extension of the deadline for Plaintiff to respond to Defendant's request for a pre-motion conference to a week after the November 1, 2024 mediation date.  This request is being made because the parties are currently scheduled for mediation on November 1, 2024 and a settlement of the case would obviate the need for further litigation and motion practice. If the case is settled, we will notify the Court promptly. No prior request for an extension of this deadline was made.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

The Court has reviewed Defendant's letter motion for a pre-motion conference regarding its intended Motion to Compel Arbitration and/or Dismiss the Complaint (Dkt. #11) and Plaintiff's above letter requesting an extension of the deadline to respond to Defendant's letter (Dkt. #12).

Plaintiff's application is GRANTED.  Plaintiff is ORDERED to file a response to Defendant's letter, if one is necessary, on or before **November 8, 2024.**

If the parties reach a settlement at the November 1, 2024 mediation the parties are ORDERED to file an update regarding that settlement with the Court on or before **November 8, 2024.**

The Clerk of Court is directed to terminate the pending motions at docket entries 11 and 12.

Dated:     October 1, 2024          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE